*Case 3:16-cr-00117 Document 59 Filed 06/16/16 Page 1 of 2 PageID #: 171*

*Kevin H. Sharp*

IN THE UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| VS. ] | No. 3:16-CR-00117-2 |
| ] | |
| JOE L. RUSSELL, II ] | |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Comes now undersigned counsel, and hereby moves to withdraw as counsel of record in the above-styled case, and for substitute counsel to be appointed. For cause, counsel would show the following:

(1) On Tuesday, June 14, 2016, acting pursuant to Tenn. Code Ann. § 8-14-401 et. seq., the Tennessee District Public Defender's Conference voted to hire undersigned counsel as its new Executive Director (replacing the previous Executive Director who is retiring).

(2) Undersigned counsel has accepted the position.

(3) Pursuant to Tenn. Code Ann. § 8-14-402, undersigned counsel will assume the office on July 1, 2016.

(4) Pursuant to Tenn. Code Ann. § 8-14-405(c), the Executive Director may not "directly or indirectly engage in the practice of law" while acting as Executive Director.

(5) Thus, undersigned counsel must move to withdraw as counsel of record.

(6) Undersigned counsel was appointed to represent the Defendant by prior order of this Court.